**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re: Debtor(s) **Antwan M. Hardnett**

Case No.: **24–54040–lrc**
Chapter: **7**

# NOTICE OF DEFICIENCY REGARDING UNPAID FILING FEES

Notice is hereby given that the Debtor or Debtors (hereinafter "Debtor") is in default on the

**second filing fee installment** in this case.

1. Debtor is hereby notified to pay this installment fee within ten days of the entry of this deficiency notice, that is by **June 7, 2024.**

**For payments by mail, remit using cashier's check, money order or attorney's check made payable to "Clerk, United States Bankruptcy Court" to the address listed below:**

**United States Bankruptcy Court**
**1340 Richard Russell Building**
**75 Ted Turner Drive, SW**
**Atlanta, GA 30303**

**For payments made by hand delivery to a divisional office in Atlanta, Gainesville, Newnan or Rome, note that cash is not accepted. You must remit using cashier's check, money order or attorney's check.**

Payments may also be made online at: https://www.ganb.uscourts.gov/online–payments

2. If, by the date(s) set forth above, i) the filing fee installment is not paid in accordance with this deficiency notice; ii) no request for an extension of time is pending; or iii) neither the debtor nor any party in interest has requested a hearing thereon, the Court may dismiss this case without further notice or hearing.

The Clerk will serve this deficiency notice on Debtor, Debtor's Counsel, and Trustee.

Dated: May 28, 2024.

_____
Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

Form 305
Modified January 2022